Appellate Division, Fourth Department. March 31, 1903.) Action by Edwin A. Kendall against the Pennsylvania Railroad Company. No opinion. Judgment and order of County Court affirmed, with costs.

KENT, Appellant, v. NEW YORK, N. H. & H. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 6, 1903.) Action by James L. Kent, as administrator, etc., of John E. Kent, deceased, against the New York, New Haven & Hartford Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

KIELEY v. FRASER. (Supreme Court, Appellate Division, First Department. April 9, 1903.) Action by Timothy J. Kieley against Joshua M. Fraser. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

KINKEL, Respondent, v. KESSLER, Appellant. (Supreme Court, Appellate Division, Second Department. April 13, 1903.) Action by John C. Kinkel against Rosa Kessler. No opinion. Judgment of the Municipal Court affirmed, with costs.

KIRKPATRICK, Appellant, v. GOLDSMITH et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 11, 1903.) Action by Elizabeth Kirkpatrick, as executrix, etc., of Arthur Kirkpatrick, deceased, against Benjamin J. Goldsmith and another, as administrators, etc., of Mark M. Cohn, deceased. No opinion. Judgment unanimously affirmed, with costs.

KLINDER v. NEW YORK BREWERIES CO. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by Kate Klinder, as administratrix, against the New York Breweries Company. No opinion. Motion denied, with $10 costs.

KLINE, Respondent, v. ABRAHAM et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 13, 1903.) Action by Josephine Kline against Abraham Abraham and others. PER CURIAM. Judgment and order affirmed, with costs.

WOODWARD and JENKS, JJ., dissent.

KNOLL, Respondent, v. HANF et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 6, 1903.) Action by Adolph H. Knoll against Hugo J. Hanf and Louise Hanf. No opinion. Judgment of the Municipal Court affirmed, with costs.

KOFFLER, Appellant, v. UNDERHILL et al., Respondents. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by Solomon Koffler against William W. Underhill and others. J. Rieger, for appellant. B. Tolles, for repondents. No opinion. Order affirmed, with $10 costs and disbursements.

KOHLY, Respondent, v. FERNANDEZ, Appellant (two cases). (Supreme Court, Appellate Division, First Department. April 9, 1903.) Action by Carolina F. Kohly against Joseph M. Fernandez. A. B. Gardiner, for appellant. W. N. Cohen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

KOPP, Appellant, v. WHITE, Respondent. (Supreme Court, Appellate Division, First Department. March 6, 1903.) Action by Robert Kopp against George W. White, as grand treasurer, etc. L. Sturcke, for appellant. C. S. Truax, for respondent. No opinion. Judgment affirmed, with costs.

KRAUS v. AGNEW. (Supreme Court, Appellate Division, First Department. March 20, 1903.) Action by Maurice A. Kraus against Lee A. Agnew. No opinion. Motion denied.

KUHNE, Respondent, v. GESCHEIDT, et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 13, 1903.) Action by Martha C. Kuhne against Henry M. Gescheidt, executor, etc., and another. No opinion. Judgment affirmed, with costs.

LAHEY v. PARTRIDGE. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by William J. Lahey against John N. Partridge. No opinion. Motion denied.

LA MARSH, Respondent, v. BINGHAM et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 13, 1903.) Action by Delaware La Marsh against Ada E. Bingham and others. No opinion. Judgment and order unanimously affirmed.

LA MARSH, Respondent, v. BINGHAM et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 24, 1903.) Action by Delaware La Marsh against Ada E. Bingham and others. No opinion. Motion denied.

LAPENTA, Appellant, v. INTERURBAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 13, 1903.) Action by Dr. Giuseppe Lapenta against the Interurban Street Railway Company. No opinion. Order affirmed, with $10 costs and disbursements.

LA POINT, Appellant, v. HOWLAND PAPER CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 6, 1903.) Action by Caroline La Point, as administratrix, etc., of Peter La Point, deceased, against the Howland Paper Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re LAWLOR'S ESTATE. (Supreme Court, Appellate Division, Second Department. March 6, 1903.) In the matter of Anna Eliza (McCreedon) Lawlor, deceased. No opinion.